ACCEPTED
05-15-00256-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/5/2015 8:48:28 AM
LISA MATZ
CLERK

NO. DF-14-20204

| | | |
|---|---|---|
| TONJA SOLOMON<br>Petitioner, | §<br>§<br>§ | IN THE DISTRICT COURT |
| V. | §<br>§ | 301ST JUDICIAL DISTRICT |
| ANTHONY SOLOMON, JR<br>Respondent. | §<br>§<br>§ | OF DALLAS COUNTY, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/5/2015 8:48:28 AM
LISA MATZ
Clerk

## NOTICE OF APPEAL

Defendant, ANTHONY SOLOMON, JR, party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on March 2, 2015.

ANTHONY SOLOMON, JR desires to appeal The Order Appointing Melissa Fain Receiver, specifically the TRIAL COURT'S ORDER APPOINTING RECEIVER in the foregoing matter.

This appeal is being taken to the FIFTH DISTRICT COURT OF APPEALS DALLAS, TEXAS.

This notice is being filed by ANTHONY SOLOMON, JR.

Respectfully submitted,

THE BROOKS LAW FIRM

By: /s/ Douglas J. Brooks
DOUGLAS J BROOKS
Texas Bar No. 03064000
Email: djbrookslaw@gmail.com
JP MORGAN CHASE INTERNATIONAL BUILDING
PLAZA III 14241 Dallas Parkway, Suite 650
DALLAS, TX 75254
TEL: (214) 704.3456
FAX: (866) 430.9004
Attorney for Respondent
ANTHONY SOLOMON, JR

**CERTIFICATE OF SERVICE**

I certify that on March 4, 2015 a true and correct copy of Defendant's Notice of Appeal was served on MICHELE PETERS and/or all counsel of record, pursuant to the Texas Rules of Civil Procedure, electronically through the electronic filing manager.

/s/ Douglas J. Brooks
DOUGLAS J BROOKS
ATTORNEY FOR ANTHONY SOLOMON JR.,